# EXHIBIT A



# Eurofins Scientific Inc. (Petaluma)

Eurofins Scientific Inc. (Petaluma)

1365 Redwood Way
Petaluma, CA 7570
+1 707 792 7300
ESACClientServices@EurofinsUS.com

Eurofins Frontier Global Services, Inc.

Maricris Dela Rosa
11720 N Creek Pkwy N Ste. 400 SUITE 400
Bothell, WA 98011

## Analytical Report
AR-18-KK-013320-01

**Client Code:** KK0001484
**PO Number:** 8H1001
**Received On:** 08/30/2018
**Reported On:** 09/10/2018

| | |
|---|---|
| Eurofins Sample Code: 740-2018-08300044 | Sample Registration Date: 08/30/2018 |
| Client Sample Code: | Condition Upon Receipt: acceptable |
| Sample Description: Sample ID #502389 080719 TP2 0652 Bang Cherry Blade Lemonade(473ml), Liquid, Lab ID #8H01001-01 | Sample Reference: |

| K0010 - Creatine and creatinine (HPLC) | Reference Internal Method | Analysis Completed 08/30/2018 |
|---|---|---|
| **Parameter** | **Result** | |
| Creatine Nitrate | ND | |
| Creatine Monohydrate | ND | |
| ND = None Detected. | | |
| Creatine HCl | ND | |
| Creatine | ND | |
| Creatinine | ND | |
| ND = None Detected. | | |

Respectfully Submitted,

*[signature: Mike Moeszinger]*

Michael Moeszinger
Associate Scientist Group Leader

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.