# EXHIBIT C



**Nutrition Analysis Center**

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2018-09200985
**Sample Description:** 502407 080719 TP2 0652 Bang Cherry Blade Lemonade (473 ml) ss=473g
**Client Sample Code:** 8I00540-01
**PO Number:**

**Entry Date:** 09/20/2018
**Reporting Date:** 09/24/2018

Eurofins Frontier Global Services, Inc.
attn: Maricris Dela Rosa
11720 N Creek Pkwy N Ste. 400
SUITE 400
Bothell, WA 98011

Eurofins Frontier Global Services, Inc.
Attn: Amy Goodall
11720 N Creek Pkwy N Ste. 400
SUITE 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS
AR-18-QD-143343-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 09/20/2018** |
| No Reference | | | |
|   Unit weight | 473.0000 g | 473.0000 g | |
|   Units per serving | 1 | 1 | 1 |
|   Serving Size | 473.00 g | 473.00 g | 473 g/serving |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 09/24/2018** |
| AOAC 999.13 mod. | | | |
|   Alanine (Free) | <0.01 % | <0.05 g/Serving | |
|   Arginine (Free) | <0.01 % | <0.05 g/Serving | |
|   Aspartic acid (Free) | <0.01 % | <0.05 g/Serving | |
|   Cystine, free | <0.01 % | <0.05 g/Serving | |
|   Glutamic acid (Free) | <0.01 % | <0.05 g/Serving | |
|   Glycine (Free) | <0.01 % | <0.05 g/Serving | |
|   Histidine (Free) | <0.01 % | <0.05 g/Serving | |
|   Isoleucine (Free) | <0.01 % | <0.05 g/Serving | |
|   Leucine (Free) | 0.02 % | 0.09 g/Serving | |
|   Lysine (Free) | <0.01 % | <0.05 g/Serving | |
|   Methionine (Free) | <0.01 % | <0.05 g/Serving | |
|   Phenylalanine (Free) | <0.01 % | <0.05 g/Serving | |
|   Proline (Free) | <0.01 % | <0.05 g/Serving | |
|   Serine (Free) | <0.01 % | <0.05 g/Serving | |
|   Threonine (Free) | <0.01 % | <0.05 g/Serving | |
|   Tyrosine (Free) | <0.01 % | <0.05 g/Serving | |
|   Valine (Free) | <0.01 % | <0.05 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 09/24/2018** |
| AOAC 999.13 mod. | | | |
|   Sum of Amino Acids | 0.02 % | 0.09 g/Serving | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2          Certificate of Analysis: AR-18-QD-143343-01

 **eurofins**  AR-18-QD-143343-01

**Eurofins Sample Code:** 464-2018-09200985
**Client Sample Code:** 8l00540-01

Respectfully Submitted,
Eurofins Scientific Inc.

_____
John Jordan
Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc. Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2