UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Terrell Barker
                      Plaintiff,

v.                                                 Case No.: 1:18−cv−06898
                                                          Honorable John Z. Lee

Vital Pharmaceuticals, Inc
                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, January 7, 2019:

       MINUTE entry before the Honorable John Z. Lee:Agreed motion for extension of time until February 6, 2019 to answer [28] is granted. The status hearing set for 1/15/19 is reset to 2/7/19 at 9:00 a.m.No appearance is required on the motion.Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.