IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | : | |
|---|---|---|
| TERRELL BARKER, individually and on behalf of all other similarly situated | : : : | Case Number: 1:18-CV-06898 |
| *Plaintiff*, | : : | |
| v. | : : | |
| VITA PHARMACEUTICALS, INC., d/b/a/ VPX SPORTS, a Florida Corporation, | : : : | |
| *Defendants.* | : : | |

**PLAINTIFF'S NOTICE OF**
**VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Terrell Barker hereby voluntarily dismisses this action without prejudice. Defendants have not answered or filed a motion for summary judgment in this case.

Dated: February 19, 2019      By:     */s/ Katrina Carroll*
                                                  Katrina Carroll
                                                Kyle A. Shamberg
                                                **LITE DEPALMA GREENBERG, LLC**
                                                111 W. Wacker Drive, Suite 1240
                                                Chicago, IL 60602
                                                312-750-1265
                                                kcarroll@litedepalma.com
                                                kshamberg@litedepalma.com

                                                Nick Suciu III
                                                **BARBAT, MANSOUR & SUCIU PLLC**
                                                1664 Bracken Road
                                                Bloomfield Hills, Michigan 48302
                                                Phone: 313.303.3472
                                                nicksuciu@bmslawyers.com

750631.1

Jonathan Shub
Kevin Laukaitis
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-238-1700
jshub@kohnswift.com
klaukaitis@kohnswift.com

Gregory F. Coleman
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865-247-0080
greg@gregcolemanlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was served this 19th day of February, 2019 via the ECF system to the following individuals:

> J. Hayes Ryan, Esq.
> hayesryan@gordonrees.com
>
> Timothy Branson, Esq.
> tbranson@grsm.com
>
> Miles Scully, Esq.
> mscully@grsm.com

*Attorneys for Defendant Vital Pharmaceuticals, Inc.*

                                                  */s/ Katrina Carroll*