## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Terrell Barker
                              Plaintiff,

v.                                                    Case No.: 1:18−cv−06898
                                                      Honorable John Z. Lee

Vital Pharmaceuticals, Inc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

    MINUTE entry before the Honorable John Z. Lee:Pursuant to Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), the Court dismisses this case without prejudice. The rule authorizes a plaintiff to dismiss an action on his own without seeking a court order by filing "a notice of dismissal before service by the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); see Winterland Concessions Co. v. Smith, 706 F.2d 793, 795 (7th Cir. 1983). Because Defendant has not served Plaintiff with an answer or a motion for summary judgment, Plaintiff's notice satisfies the express time requirements of Rule 41(a)(1)(A)(i). All pending motions are stricken as moot. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.